E-FILED
Friday, 12 August, 2005  03:31:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CATERPILLAR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1044 |
| | ) | |
| BETTY J. RELIFORD, LOUISE RELIFORD, and UNKNOWN CLAIMANTS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

This matter is now before the Court on Plaintiff's Motion for Default Judgment. On February 11, 2005, Caterpillar filed a Complaint for Interpleader against Defendants Betty J. Reliford and Louise Reliford, both of whom had asserted claims to benefits under the Caterpillar Non-Contributory Pension Plan as the surviving spouse of George Reliford. Given that more than one individual was making a claim to have been the decedent's "surviving spouse," Caterpillar also joined any Unknown Claimants also claiming to have been the lawful wife of George Reliford at the time of his death. Defendants Betty and Louise Reliford were each personally served with summons and a copy of this Complaint on May 2, 2005, and March 4, 2005, respectively. The Unknown Claimants were served by publication in the Peoria Journal Star on April 27, 2005, May 4, 2005, and May 11, 2005. A Certificate of Publication was filed with the Court on May 18, 2005.

Pursuant to the Federal Rules of Civil Procedure, the Unknown Claimants were required to appear in this matter on or before June 13, 2005. However, to date, no appearances have been entered on behalf of Unknown Claimants. Caterpillar has now

moved for the entry of default. As any Unknown Claimants have failed to appear in this lawsuit despite proof of proper service upon them, the Court finds it appropriate to grant the Motion for Default Judgment.

## CONCLUSION

For the reasons set forth above, Plaintiff's Motion for Default Judgment [#19] is GRANTED, and the Clerk of Court is directed to enter default judgment against the Unknown Claimants terminating any and all interests that such Unknown Claimants might have to a Surviving Spouse's Benefit as the surviving spouse of George Reliford under the Caterpillar Non-Contributory Pension Plan.

.       ENTERED this 12th day of August, 2005.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge
